COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER OF ABATEMENT

Appellate case name:      Rolando Acevedo, et al., v. The O'Quinn Law Firm, et al.

Appellate case number:    01-14-00138-CV

Trial court case number:   392,247-416

Trial court:              Probate Court Number 2 of Harris County

Appellants filed an "Unopposed Motion to Abate Appeal Pending Settlement Approval." In their motion, counsel for appellants contend that settlement negotiations have been fruitful, but that they need close to 90 days to contact and visit with all of their clients to see whether they agree with the terms of the potential settlement. Thus, appellants request that this Court abate their appeal, including the deadline for their appellants' brief which was currently due on September 6, 2014, until December 2, 2014. Because there are 50 intervenor-appellants in this case, additional time may be needed for appellants' counsel to contact all their clients.

Accordingly, this appeal is abated, treated as a closed case, and removed from this Court's active docket. However, counsel for both parties is instructed to update this Court regarding the status of settlement of this appeal no later than November 3, 2014. Unless otherwise advised, or the appeal is dismissed upon a motion by appellants or all parties, the Court will reinstate this appeal on December 3, 2014. Upon reinstatement, appellants' brief will be due January 2, 2015.

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
                       ☒ Acting individually

Date: September 18, 2014